# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREGORY COLLIER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-CV-807-SMY-RJD |
| SALVADOR GODINEZ, et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED** that pursuant to the threshold review Order dated November 9, 2016 (Doc. 7), Defendant Salvador Godinez is **DISMISSED without prejudice**. Plaintiff's Eighth Amendment claims against Defendants Sean Furlow and Thomas Spiller are also **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that by Order dated July 16, 2018 (Doc. 62), all remaining claims against Defendants Furlow and Spiller are **DISMISSED with prejudice**. Plaintiff shall recover nothing, and this action is **DISMISSED in its entirety.**

DATED: July 16, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/ Stacie Hurst
    **Deputy Clerk**

**APPROVED:** s/ Staci M. Yandle
    **STACI M. YANDLE**
    **United States District Judge**